IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON
MAY 29 2014
PER _____
DEPUTY CLERK

| | |
|---|---|
| LARRY GENE HULL,<br>　　Petitioner | : <br> : <br> :    CASE NO. 3:10-CV-1562 |
| v. | : <br> : |
| MURRAY, ET AL.,<br>　　Respondents | :    (JUDGE NEALON) <br> : |

## ORDER

**NOW**, this 29th day of MAY, 2014, for the reasons stated in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. Petitioner's petition for writ of habeas corpus (Doc. 1) is **DENIED**;

2. Petitioner's request for a certificate of appealability pursuant to 28 U.S.C. § 2253 is **DENIED**;

3. The Clerk of Courts is directed to **CLOSE** this case; and

4. Any appeal will be deemed frivolous and without probable cause.

_/s/ William Nealon_
**United States District Judge**